**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LEARON STINEBAUGH,

Plaintiff,

v.

RIDDLE & ASSOCIATES, a Professional Corporation,

Defendant.

Civil No. 02-392 (DWF/RLE)

**ORDER OF DISMISSAL**

---

James Roberts, Esq., Roberts Law Office, 5280 15th Avenue Southeast, St. Cloud, MN 55304, counsel for Plaintiff.

No representation for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 25, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUN 2 5 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______